IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **DAVID STIREWALT**, individually, and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**RANGE VIEW MANAGEMENT LLC** d/b/a Lendvia, a Wyoming registered company, and **BETTER DEBT SOLUTIONS LLC**, a California registered company,<br><br>*Defendants.* | Case No.<br><br>**CLASS ACTION COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

## **CLASS ACTION COMPLAINT**

Plaintiff David Stirewalt ("Plaintiff" or "Stirewalt") bring this Class Action Complaint and Demand for Jury Trial against Range View Management LLC ("Defendant Lendvia" or "Lendvia") and Better Debt Solutions LLC ("Defendant Better Debt Solutions" or "Better Debt Solutions") to stop the Defendants from violating the Telephone Consumer Protection Act by making pre-recorded telemarketing calls to consumers without consent, and by placing unsolicited pre-recorded calls after being told to stop calling. The Plaintiff also seeks injunctive and monetary relief for all persons injured by Defendants' conduct. Plaintiff Stirewalt, for this Complaint, alleges upon personal knowledge as to himself and his own acts and experiences, and, as to all other matters, upon information and belief, including investigation conducted by his attorneys, as follows:

## **PARTIES**

1. Plaintiff Stirewalt is a resident of Concord, North Carolina.

2. Defendant Lendvia is a Wyoming registered limited liability company headquartered in Cheyenne, Wyoming. Lendvia conducts business throughout this District, North Carolina and the US.

3. Defendant Better Debt Solutions is a California registered limited liability company headquartered in Irvine, California. Better Debt Solutions conducts business throughout this District, North Carolina and the US.

## JURISDICTION AND VENUE

4. This Court has federal question subject matter jurisdiction over this action under 28 U.S.C. § 1331, as the action arises under the Telephone Consumer Protection Act, 47 U.S.C. §227 ("TCPA").

5. This Court has personal jurisdiction over the Defendants and the venue is proper under 28 U.S.C. § 1391(b) because the Defendants do business in this District, and the calls at issue were directed to Plaintiff Stirewalt who resides in this District.

## INTRODUCTION

6. As the Supreme Court recently explained, "Americans passionately disagree about many things. But they are largely united in their disdain for robocalls. The Federal Government receives a staggering number of complaints about robocalls—3.7 million complaints in 2019 alone. The States likewise field a constant barrage of complaints. For nearly 30 years, the people's representatives in Congress have been fighting back." *Barr v. Am. Ass'n of Political Consultants*, No. 19-631, 2020 U.S. LEXIS 3544, at *5 (U.S. July 6, 2020).

7. When Congress enacted the TCPA in 1991, it found that Americans were receiving more than 18 million robocalls every day. 105 Stat. 2394 at § 2(3).

8. By 2003, due to more powerful autodialing technology, Americans were receiving more than 100 million robocalls every day. In re Rules and Regulations Implementing the TCPA of 1991, 18 FCC Rcd. 14014, ¶¶ 2, 8 (2003).

9. The problems Congress identified when it enacted the TCPA have only grown exponentially in recent years.

10. Industry data shows that the number of robocalls made each month increased from 831 million in September 2015 to 4.7 billion in December 2018—a 466% increase in three years.

11. According to online robocall tracking service "YouMail," 4.3 billion robocalls were placed in January 2024 alone, at a rate of 137.9 million calls per day. www.robocallindex.com (last visited February 15, 2024).

12. The FCC also has received an increasing number of complaints about unwanted calls, with 150,000 complaints in 2016, 185,000 complaints in 2017, and 232,000 complaints in 2018. FCC, Consumer Complaint Data Center, www.fcc.gov/consumer-help-center-data.

13. "Robocalls and telemarketing calls are currently the number one source of consumer complaints at the FCC." Tom Wheeler, *Cutting off Robocalls* (July 22, 2016), statement of FCC chairman.[1]

14. "The FTC receives more complains about unwanted calls than all other complaints combined." Staff of the Federal Trade Commission's Bureau of Consumer Protection, *In re Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991,* Notice of Proposed Rulemaking, CG Docket No. 02-278, at 2 (2016).[2]

---

[1] https://www.fcc.gov/news-events/blog/2016/07/22/cutting-robocalls
[2] https://www.ftc.gov/system/files/documents/advocacy_documents/comment-staff-ftc-bureau-consumer-protection-federal-communications-commission-rules-regulations/160616robocallscomment.pdf

# COMMON ALLEGATIONS

15. Range View Management LLC operates using the d/b/a Lendvia:



16. Lendvia provides loans and debt consolidation solutions to consumers throughout the US.[4]

17. Better Debt Solutions offers debt resolution solutions to consumers including loans and debt consolidations.[5]

18. Lendvia and Better Debt Solutions are effectively the same company, just registered under different interchangeable names, as will be shown.

19. Lendvia and Better Debt Solutions are located in the same location, which is 2525 Main St, Irvine, California:

**Address:**
2525 Main st. Suite 420
Irvine, CA 92614

[6]

---

[3] https://lendvia.com/privacy-policy/
[4] https://lendvia.com/about/
[5] https://betterdebtsolutions.com/about/
[6] https://lendvia.com/contact-us/

**Mailing Address**

<u>Better Debt Solutions</u>

2525 Main St. Suite 500 Irvine, CA 92614 [7]

20. Plaintiff Stirewalt spoke to an employee named Marissa Ciara after he received a pre-recorded solicitation call from the Defendants. Ciara provided her direct phone number which is 949-516-7568.

21. When 949-516-7568 is dialed, the answering machine message states, "Hi, this is Marissa Ciara with Better Debt Solutions and Lendvia. So sorry I missed your call…"[8]

22. The Defendants place telemarketing calls using a pre-recorded voice message to consumers throughout the US.

23. The Defendants place calls using a variety of different names including Main Street Financial, One Street Financial, Alliant Financial, Capital One Lending and more, as per the experience of Plaintiff Stirewalt.

24. The Defendants intentionally hide behind false names to avoid being held accountable for their unlawful telemarketing practices.

25. Consumers have posted complaints online connecting the Defendants to the unsolicited calls referenced above, including:

This consumer received a pre-recorded call from Alliant Financial. When he called the number back, it connected him to Better Debt Solutions:

---

[7] https://betterdebtsolutions.com/contact-us/
[8] https://www.dropbox.com/scl/fi/m2ys2o2l5l1lmm1hm6n1m/949-516-7568-Investigation-Call.mp3?rlkey=sy158h68pz59llho8xsjpae7m&dl=0

5



This consumer received calls from One Street Financial, which he connected back to LendVia:



This consumer also received a call from Alliance Financial. When they called the number back, they were told the company name is Lendvia:

---

[9] https://scammer.info/t/lendvia-tcpa-violating-loan-scammers-dba-better-debt-solutions-better-tax-relief/144431

[10] htttps://www.google.com/search?q=%22lendvia



26. In addition to the above, the Better Business Bureau pages for Lendvia and Better Debt Solutions contain complaints about unsolicited telemarketing calls, including:

**Lendvia:**

- "SCAMMERS! They call me 30x a day and refuse to remove me from their call list. I HAVE NO PEACE OF MIND. They illegally obtained my information and are breaking FTC guidelides by calling me, as I am on the National Do Not Call List. Remove me and leave me alone!"[12]

**Better Debt Solutions:**

- "Predatory lending service. They call you unsolicited. Tell you that they can get you an unsecured loan to cover some of your unsecured debt. Then switch you into a debt restructuring offer that ruins your credit and your credit lines shut you down. If you arent financially literate, this place is a hack.I tried to cancel when I figured this out and they just stopped responding"[13]
- "Scam!! Called my phone every hour for weeks eventho I told them to stop. Numerous representatives hung up on me when I asked to talk to a supervisor."[14]

27. Consumers have captured pre-recorded calls that they received from the Defendants online, including:

---

[11] https://www.callercenter.com/833-652-7555.html
[12] https://www.bbb.org/us/ca/irvine/profile/loans/lendvia-1126-1000110542/customer-reviews
[13] https://www.bbb.org/us/ca/irvine/profile/debt-relief-service-referral/better-debt-solutions-1126-1000098898/customer-reviews
[14] Id.

## (234) 351-9076 is a Personal/Payday Loan Robocall
Be cautious.

**LISTEN** 0:00 / 1:13

**TRANSCRIPT** *Alliant financial. Our records indicate you have a preapproval which is set to expire from one of our partners of up to $100,000 personal loan. To speak with a member of our team, please press two. To be placed on our do not call list and decline all further offers, please press nine. Alternatively, you can call us at 833-435-4428 to opt out.*

**DATE BLOCKED** November 15, 2023 [15] [16]

### Typical Messages

🎧 This message from Alliance Financial. Thank you have a preapproval which flyer-from(?) one of our partner of up to $100,000 per month to speak with a member of our team please press two to be placed on our do not call list.

🎧 This message is to fight the line. Hello this is Brian from Alliance Financial. Phone number is 833-435-4428. I just got great news. It appears you're preapproved(?) for a person(?) 100,000.

🎧 You by Financial. Our records indicate you have a preapproval which is expired or from one of our partners of up to $100,000 per person to speak with a member of. Please press two. To be placed on our do not call the client and all further offers. Please press nine. Alternatively you can call us at 833435448.

[17]

28. There are thousands of complaints posted online about unsolicited pre-recorded telemarketing calls that consumers have received from the Defendants, including complaints from consumers who opted out, but who still received more unsolicited calls, including:

- "They won't!! ***I have been pressing #2 every time they call me now, and telling them to remove my number and stop calling me! They call again 15 mins later!!*** I repeat the every call, and it never stops! I told them I am documenting every call,

---

[15] https://www.nomorobo.com/lookup/234-351-9076

[16] https://nomorobo-twilio-recordings.s3.amazonaws.com/honeypot/REf66a30013f10440e47ec30bcd13a6700

[17] https://directory.youmail.com/833-431-2935

8

and seeking an attorney! THIS IS CONSIDERED HARASSMENT! We all need to file a complaint! I am beyond pissed that they continue! I told them I will now be buying an air horn, and blow it in the phone when they call ( and I press 2 to speak to someone!)"[18] (emphasis added)

- "Same…I've been getting calls practically every day, and about 3-4 calls per day. I've been blocking every single number. I want to say this has been going on for 3-4 months now. I must have blocked well over 250 numbers with 570. I am now on to the 844 numbers. I keep saying sooner or later, they'll run out of phone numbers, but I'm wrong…it's an endless hell"[19]

- "I am having the same problem. They have called me 10x today. ***I have told them 3x just today to stop.*** I think I may have to change my number. I am on the DNC list and filed a complaint with the FTC. I am thinking about a class action suit."[20] (emphasis added)

- "I think they're just casting a wide net. I have no debt and get called multiple times a day."[21]

- "I'm down for class action. ***I have pressed 9 to be removed. I pressed 2 and told them to remove me.*** They call at 6 am. They call all damn day. This is definitely harassment. Time for class action…"[22] (emphasis added)

- "they are calling me upwards of 10 times a day now."[23]

- "I can't take it any longer. I have filed FTC complaints on this company. It's 2 to 3 times a day. Almost every freaking day. And they are ***clogging up my voicemail for the same*** stupid ass ***voicemail***. They leave a REAL call back number, which ***I have called to tell them to stop calling me***, as soon as I start to say STOP calling me, they hang up…"[24] (emphasis added)

- "***The voice message I receive is recorded*** because Brian wants me to know that, being the holidays, they're really busy, and the offer is only good until the end of the year. Oh, and that the recording skips at the beginning."[25] (emphasis added)

- (In response to the above report) "Yes, that's what I get on my as well. Besides, holidays are over, so the expiration should have ended in 2023."

---

[18] https://www.reddit.com/r/Scams/comments/191u8br/any_way_to_stop_these_insane_main_st_financial/
[19] Id.
[20] Id.
[21] Id.
[22] Id.
[23] Id.
[24] Id.
[25] Id.

9

- (Also in response to the above) "Mine have the exact same thing include the same Uh and Um in the message."[26]
- "Same here. ***I even called and asked nicely that they take me off the list. Shockingly, they didn't***…"[27] (emphasis added)
- "I finally started going off on them!! ***They don't stop!*** It needs a class action lawsuit! ***I have NEVER had this much harassment daily! They call me at least 5-7 times and every time I push #2 to speak to them and tell them to remove my number and stop calling***, and they so sorry, I'll remove it… they then call again 15 mins later… all damn day!"[28] (emphasis added)

29. In response to these calls, Plaintiff Stirewalt files this lawsuit seeking injunctive relief requiring the Defendants to cease from violating the Telephone Consumer Protection Act, as well as an award of statutory damages to the members of the Classes and costs.

## PLAINTIFF STIREWALT'S ALLEGATIONS

30. Plaintiff Stirewalt is the subscriber of the cell phone number ending in 0291.

31. Plaintiff Stirewalt uses his cell phone number for personal use only, as one would use a landline.

32. Plaintiff Stirewalt's cell phone number has never been associated with a business or used for business purposes.

33. Plaintiff Stirewalt has been receiving unsolicited pre-recorded calls from the Defendants since the beginning of 2024, mainly using the names Main Street Financial and Credit One Lending.

34. When Plaintiff Stirewalt answered the pre-recorded calls, he would press '9' to be opted out from receiving additional calls.

35. When pressing '9' did not cause the calls to stop, Plaintiff Stirewalt began pressing '2' so he could ask the live employees to stop calling his cell phone number.

---

[26] Id.
[27] Id.
[28] Id.

36. If Plaintiff Stirewalt did not answer a call, a pre-recorded voicemail was left.

37. Plaintiff Stirewalt could tell the voicemails were pre-recorded because they were mostly identical in content, contained the same intonation and pauses and because some of the voicemails repeated, were cut off prematurely or began part of the way into the message.

38. Plaintiff Stirewalt received a series of unsolicited calls that resulted in identical pre-recorded voicemails, many of which were incomplete or which repeated the same message, including:

- January 18, 2024 at 7:06 PM from 886-601-6497;
- January 22, 2024 at 11:19 AM from 866-612-8104;
- January 25, 2024 at 10:39 AM from 866-719-6673;
- January 27, 2024 at 1:16 PM from 866-719-7386;
- January 29, 2024 at 12:10 PM from 866-719-2765;
- February 1, 2024 at 11:44 AM from 866-719-1913; and
- February 1, 2024 at 7:55 PM from 866-719-4470.

39. On February 3, 2024 at 12:39 PM, Plaintiff Stirewalt received an unsolicited call to his cell phone from the Defendants from 888-398-5684.

40. This call was not answered, but a voicemail was left stating:

"… 833-431-2961. We sent you a mail offer because you or someone in your household is eligible for an economic relief personal loan. This program is specifically designed to help families and…"

41. Plaintiff Stirewalt could tell this voicemail was pre-recorded because it starts part of the way into the message and cuts off unnaturally in the middle of a sentence.

42. Plaintiff Stirewalt was very frustrated by all the unsolicited pre-recorded calls he

received from the Defendants to his cell phone number.

43. Plaintiff Stirewalt called 833-431-2961 on February 9, 2024.

44. Plaintiff Stirewalt was connected to an employee who asked qualifying questions.

45. Plaintiff's call was then transferred to Marissa Ciera, who referred to the first employee as "1162."

46. Ciera wanted to provide debt resolution services for Plaintiff Stirewalt. In response, Stirewalt asked for some details about the company he was on the phone with.

47. Ciera told Plaintiff Stirewalt that her company is located at 2525 Main Street, in Irvine, California.

48. Ciera told Plaintiff Stirewalt that her direct phone number is 949-516-7568.

49. When 949-516-7568 is dialed, the answering machine message states, "Hi, this is Marissa Ciara with Better Debt Solutions and Lendvia. So sorry I missed your call…"[29]

50. According to her Linkedin profile, Ciera is employed by Better Debt Solutions as a Senior Debt Advisor:



[30]

51. Plaintiff Stirewalt does not require debt resolution services and has not been

---

[29] https://www.dropbox.com/scl/fi/jhz0gtrh80hzjzp6k5pm4/949-516-7568-Investigation-Call.mp3?rlkey=jcdraihc3li9n7fri8nmnfpre&dl=0
[30] https://www.linkedin.com/in/marissa-ciara-62a31896/

12

looking to solicit any kind of a loan.

52. The unauthorized prerecorded calls that Plaintiff Stirewalt received from the Defendants have harmed Plaintiff Stirewalt in the form of annoyance, nuisance, and invasion of privacy, occupied his phone line, and disturbed the use and enjoyment of his phone, in addition to the wear and tear on the phone's hardware (including the phone's battery), the consumption of memory on the phone.

53. Seeking redress for these injuries, Plaintiff Stirewalt, on behalf of himself and Classes of similarly situated individuals, brings suit under the TCPA.

## CLASS ACTION ALLEGATIONS

54. Plaintiff Stirewalt brings this action pursuant to Federal Rules of Civil Procedure 23(b)(2) and 23(b)(3) and seeks certification of the following Classes:

> **Pre-recorded No Consent Class:** All persons in the United States who from four years prior to the filing of this action through class certification (1) Defendants, or an agent calling on behalf of the Defendants, called on their cellular telephone number (2) using the same or a substantially similar artificial or pre-recorded voice message used to call the Plaintiff.
>
> **Pre-recorded Stop Call Class:** All persons and entities throughout the United States (1) to whom Defendants placed a call, (2) directed to a number assigned to a cellular telephone service, (3) with an artificial or prerecorded voice, (4) after the consumer placed a request for the calls to stop, (5) from four years prior to the filing of this action through the date of class certification.

55. The following individuals are excluded from the Classes: (1) any Judge or Magistrate presiding over this action and members of their families; (2) Defendants, their subsidiaries, parents, successors, predecessors, and any entity in which either Defendant or their parents have a controlling interest and their current or former employees, officers and directors; (3) Plaintiff's attorneys; (4) persons who properly execute and file a timely request for exclusion from the Classes; (5) the legal representatives, successors or assigns of any such excluded persons;

13

and (6) persons whose claims against the Defendants have been fully and finally adjudicated and/or released. Plaintiff Stirewalt anticipates the need to amend the Class definitions following appropriate discovery.

56. **Numerosity**: On information and belief, there are hundreds, if not thousands of members of the Classes such that joinder of all members is impracticable.

57. **Commonality and Predominance**: There are many questions of law and fact common to the claims of the Plaintiff and the Classes, and those questions predominate over any questions that may affect individual members of the Classes. Common questions for the Classes include, but are not necessarily limited to the following:

(a) Whether the Defendants placed pre-recorded voice calls to the Plaintiff and members of the Pre-recorded No Consent Class without first obtaining consent to make the calls;

(b) whether the Defendants continued to place pre-recorded voice message calls to the Plaintiff and members of the Pre-recorded Stop Call Class after being told to stop calling;

(c) whether Defendant's conduct violated the TCPA; and

(d) whether members of the Classes are entitled to treble damages based on the willfulness of Defendant's conduct.

58. **Adequate Representation**: The Plaintiff will fairly and adequately represent and protect the interests of the Classes, and has retained counsel competent and experienced in class actions. The Plaintiff have no interests antagonistic to those of the Classes, and the Defendants have no defenses unique to the Plaintiff. The Plaintiff and his counsel are committed to vigorously

prosecuting this action on behalf of the members of the Classes and have the financial resources to do so. Neither the Plaintiff nor their counsel have any interest adverse to the Classes.

59. **Appropriateness**: This class action is also appropriate for certification because the Defendants have acted or refused to act on grounds generally applicable to the Classes and as wholes, thereby requiring the Court's imposition of uniform relief to ensure compatible standards of conduct toward the members of the Classes and making final class-wide injunctive relief appropriate. Defendants' business practices apply to and affect the members of the Classes uniformly, and Plaintiff's challenge of those practices hinges on Defendants' conduct with respect to the Classes as wholes, not on facts or law applicable only to Plaintiff Stirewalt. Additionally, the damages suffered by individual members of the Classes will likely be small relative to the burden and expense of individual prosecution of the complex litigation necessitated by Defendants' actions. Thus, it would be virtually impossible for the members of the Classes to obtain effective relief from Defendants' misconduct on an individual basis. A class action provides the benefits of single adjudication, economies of scale, and comprehensive supervision by a single court.

**FIRST CLAIM FOR RELIEF**
**Telephone Consumer Protection Act**
**(Violation of 47 U.S.C. § 227)**
**(On Behalf of Plaintiff Stirewalt and the Pre-recorded No Consent Class)**

60. Plaintiff Stirewalt repeats and realleges the prior paragraphs of this Complaint and incorporates them by reference herein.

61. Defendant Lendvia and Defendant Better Debt Solutions transmitted unwanted telephone calls to the Plaintiff and the other members of the Pre-recorded No Consent Class using pre-recorded calls.

62. These pre-recorded voice calls were made *en masse* without the prior express written consent of the Plaintiff and the other members of the Pre-recorded No Consent Class.

63. The Defendants have, therefore, violated 47 U.S.C. § 227(b)(1)(A)(iii).

64. As a result of the Defendants' conduct, Plaintiff Stirewalt and the other members of the Pre-recorded No Consent Class are each entitled to a minimum of $500 in damages, and up to $1,500 in damages, for each violation.

**SECOND CAUSE OF ACTION**
**Telephone Consumer Protection Act**
**(Violations of 47 U.S.C. § 227)**
**(On Behalf of Plaintiff Stirewalt and the Pre-recorded Stop Call Class)**

65. Plaintiff Stirewalt repeats and realleges paragraphs 1-59 of this Complaint and incorporates them by reference herein.

66. The Defendants transmitted unwanted telephone calls to the Plaintiff and the other members of the Pre-recorded Stop Call Class using a pre-recorded voice message *after* the class members informed the Defendants that they no longer wished to receive pre-recorded calls from the Defendants.

67. By placing pre-recorded calls to Plaintiff Stirewalt and members of the Pre-recorded Stop Call Class's cellular telephones *after* they requested to no longer receive calls, the Defendants violated 47 U.S.C. § 227(b)(1)(A)(iii) by continuing to call without express consent.

68. As a result of the Defendants' conduct, Plaintiff Stirewalt and the other members of the Pre-recorded Stop Call Class are each entitled to a minimum of $500 in damages, and up to $1,500 in damages, for each violation.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff Stirewalt, individually and on behalf of the Classes, prays for the following relief:

a) An order certifying this case as a class action on behalf of the Classes as defined above; appointing Plaintiff Stirewalt as the representative of the Classes; and appointing his attorneys as Class Counsel;

b) An award of damages and costs;

c) An order declaring that Defendants' actions, as set out above, violate the TCPA;

d) An injunction requiring the Defendants to cease all unsolicited calling activity, and to otherwise protect the interests of the Classes; and

e) Such further and other relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff Stirewalt request a jury trial.

Respectfully Submitted,

**DAVID STIREWALT**, individually, and on behalf of all others similarly situated,

DATED this 1st day of March, 2024.

By: /s/ *Ryan Duffy*
Ryan Duffy
The Law Office of Ryan P. Duffy, PLLC
1213 W. Morehead Street
Suit 500, Unit #450
Charlotte, North Carolina 28208
ryan@ryanpduffy.com
Telephone: (704) 741-9399

Avi R. Kaufman
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 S Dixie Hwy, Floor 4
Coral Gables, FL 33133

Telephone: (305) 469-5881

*Attorneys for Plaintiff and the putative Classes*